**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re* BAYCOL PRODUCTS LITIGATION** | : | **MDL No. 1431 (MDL/JGL)** |
| **This Document Relates to:** | : | |
| *Raymond Dubberly v. Bayer Corp.* | : | Case No. 01-1594 |
| *Nancy Garding v. Bayer Corp.* | : | Case No. 01-1871 |
| *Dolores Canter v. Bayer Corp.* | : | Case No. 01-2386 |
| *Melissa Elaine Smith v. Bayer Corp.* | : | Case No. 01-2387 |
| *Ronald Weber v. Bayer AG, et al.* | : | Case No. 01-2389 |
| *Salvatore Galasso v. Bayer Corp., et al.* | : | Case No. 01-2400 |
| *Lora Gautier v. Bayer Corp., et al.* | : | Case No. 01-2401 |
| *Jack Hartman v. Bayer AG, et al.* | : | Case No. 01-2406 |
| *Deborah Kemp v. Bayer Corp.* | : | Case No. 02-0143 |
| *Seymour Zawada v. Bayer Corp., et al.* | : | Case No. 02-0147 |
| *Domingo Gonzalez v. Bayer Corp., et al.* | : | Case No. 02-0148 |
| *Anthony Rizzo v. Bayer AG, et al.* | : | Case No. 02-0150 |
| *John Dalessandro v. Bayer AG, et al.* | : | Case No. 02-0151 |
| *Jean Martin v. Bayer Corp., et al.* | : | Case No. 02-0153 |
| *Gary Lester v. Bayer AG, et al.* | : | Case No. 02-0156 |
| *Herman Costanza v. Bayer Corp., et al.* | : | Case No. 02-0159 |
| *George Campbell v. Bayer AG, et al.* | : | Case No. 02-0168 |
| *Himu Barua v. Bayer AG, et al.* | : | Case No. 02-0172 |
| *Mary Anne Loughlin v. Bayer Corp.* | : | Case No. 02-0188 |
| *Tina C. Presley v. Bayer Corp.* | : | Case No. 02-0193 |
| *Harold E. Keys v. Bayer AG, et al.* | : | Case No. 02-0262 |
| *Francis Wallace v. Bayer Corp.* | : | Case No. 02-0437 |
| *Dorothy B. Silas v. Bayer Corp.* | : | Case No. 02-0439 |
| *Philip Morgan v. Bayer Corp., et al.* | : | Case No. 02-0549 |
| *John Forbes v. Bayer Corp.* | : | Case No. 02-0758 |
| *Gordon F. Cullum v. Bayer Corp., et al.* | : | Case No. 02-0921 |
| *James C. Perkins v. Bayer AG, et al.* | : | Case No. 02-1356 |
| *Joseph Williams v. Bayer Corp., et al.* | : | Case No. 02-1428 |
| *Susan Bennett v. Bayer Corp., et al.* | : | Case No. 02-2117 |
| *Dorris C. Miles v. Bayer AG, et al.* | : | Case No. 02-2123 |
| *John Daniel Johnson v. Bayer Corp., et al.* | : | Case No. 02-2971 |
| *Robert H. Lemer v. Bayer Corp., et al.* | : | Case No. 02-2974 |
| *Louis Brand v. Bayer AG, et al.* | : | Case No. 02-2989 |
| *Brenda Kent v. Bayer Corp., et al.* | : | Case No. 02-2993 |
| *Wanda Rae Smith v. Bayer AG, et al.* | : | Case No. 02-3453 |
| *Daniel Gray v. Bayer AG, et al.* | : | Case No. 02-3454 |

SCANNED
SEP 2 2004
U.S. DISTRICT COURT MPLS

| | | |
|---|---|---|
| *Malcolm McLeod v. Bayer AG, et al.* | : | Case No. 02-3456 |
| *Thomas Franceskino v. Bayer Corp.* | : | Case No. 02-3487 |
| *Florence Kerman v. Bayer AG, et al.* | : | Case No. 02-3488 |
| *Lizzie Harrison v. Bayer AG, et al.* | : | Case No. 02-3840 |
| *Patricia Griffin v. Bayer AG, et al.* | : | Case No. 02-3875 |
| *Orvilee Reaves v. Bayer AG, et al.* | : | Case No. 02-3877 |
| *Nicholas Kick v. Bayer AG, et al.* | : | Case No. 02-3880 |
| *Mary Lou Martinez v. Bayer AG, et al.* | : | Case No. 02-3882 |
| *Vincent Mattera v. Bayer AG, et al.* | : | Case No. 02-3883 |
| *Sandra Armagost v. Bayer AG, et al.* | : | Case No. 02-3886 |
| *Gregory Mock v. Bayer AG, et al.* | : | Case No. 02-3887 |
| *Lynn Kunce v. Bayer AG, et al.* | : | Case No. 02-3889 |
| *George Hessel v. Bayer AG, et al.* | : | Case No. 02-3894 |
| *Misae Farrin v. Bayer AG, et al.* | : | Case No. 02-3898 |
| *Mildred Ridgell v. Bayer Corp.* | : | Case No. 02-3940 |
| *Cecilia Lebetz v. Bayer Corp.* | : | Case No. 02-3941 |
| *Shirley Hardaway v. Bayer AG, et al.* | : | Case No. 02-3944 |
| *Jessie M. Smith v. Bayer Corp., et al.* | : | Case No. 02-3960 |
| *Georgiana Brady v. Bayer Corp., et al.* | : | Case No. 02-3964 |
| *Viola D. King v. Bayer Corp., et al.* | : | Case No. 02-3965 |
| *Mary Jane Trahan v. Bayer Corp., et al.* | : | Case No. 02-3966 |
| *Margaret Ogden v. Bayer Corp., et al.* | : | Case No. 02-3968 |
| *Yvette Washington v. Bayer Corp., et al.* | : | Case No. 02-3969 |
| *Clara Mosley v. Bayer Corp., et al.* | : | Case No. 02-3970 |
| *Rose Tynes v. Bayer AG, et al.* | : | Case No. 02-3971 |
| *Stella McClain v. Bayer AG, et al.* | : | Case No. 02-3972 |
| *Paula Denise Cooper v. Bayer AG, et al.* | : | Case No. 02-3973 |
| *Mary Ann Alexander v. Bayer AG, et al.* | : | Case No. 02-3974 |
| *Roger D. Carter v. Bayer AG, et al.* | : | Case No. 02-3975 |
| *Jerry J. Robicheauxv. Bayer AG, et al.* | : | Case No. 02-3977 |
| *Victor O. Noto v. Bayer AG, et al.* | : | Case No. 02-3978 |
| *George Therrien, Jr., v. Bayer AG, et al.* | : | Case No. 02-3980 |
| *Joseph L. Bonono, Jr., v. Bayer AG, et al.* | : | Case No. 02-3981 |
| *Diana F. Latiolas v. Bayer Corp., et al.* | : | Case No. 02-3984 |
| *Carolyn S. Smith v. Bayer AG, et al.* | : | Case No. 02-3985 |
| *James Pealer v. Bayer AG, et al.* | : | Case No. 02-3986 |
| *Earl B. Hammack, Jr., v. Bayer AG, et al.* | : | Case No. 02-3987 |
| *Jean G. Henderson v. Bayer AG, et al.* | : | Case No. 02-3988 |
| *Dianne J. Shelmire v. Bayer AG, et al.* | : | Case No. 02-3989 |
| *Jessie W. Smith v. Bayer AG, et al.* | : | Case No. 02-3990 |
| *Myrtis W. Isadore v. Bayer AG, et al.* | : | Case No. 02-3991 |
| *Gilda H. McDowell v. Bayer AG, et al.* | : | Case No. 02-3992 |
| *Vernon McMorris v. Bayer AG, et al.* | : | Case No. 02-3993 |
| *Roscoe Singleton v. Bayer AG, et al.* | : | Case No. 02-3999 |
| *Wanda Martin Vaughn v. Bayer AG, et al.* | : | Case No. 02-4005 |

| | | |
|---|---|---|
| *Mary Ann Robinson v. Bayer AG, et al.* | : | Case No. 02-4007 |
| *William F. Gibson v. Bayer AG, et al.* | : | Case No. 02-4008 |
| *Ramona D. Mason v. Bayer AG, et al.* | : | Case No. 02-4009 |
| *William M. Hamm, Jr., v. Bayer AG, et al.* | : | Case No. 02-4010 |
| *Judith K. Foster v. Bayer AG, et al.* | : | Case No. 02-4012 |
| *James A. Foreman v. Bayer AG, et al.* | : | Case No. 02-4014 |
| *Mitch Gorman v. Bayer AG, et al.* | : | Case No. 02-4404 |
| *Consuelo Batriz v. Bayer AG, et al.* | : | Case No. 02-4410 |
| *Ysabel Burn Martinez v. Bayer AG, et al.* | : | Case No. 02-4413 |
| *Mary Ruiz v. Bayer AG, et al.* | : | Case No. 02-4419 |
| *Liscom Nicholson v. Bayer Corp., et al.* | : | Case No. 02-4421 |
| *Thelma Morse v. Bayer AG, et al.* | : | Case No. 02-4429 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of July 27, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: AUG 3 1 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court